UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL GIRON,<br><br>    Plaintiff,<br><br>    v.<br><br>R.C. JOHNSON, et al.,<br><br>    Defendants. | Case No. CV 20-4665 ODW (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint in the above-captioned matter, Defendants' Motion for Summary Judgment, Plaintiff's Opposition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED THAT:

    1.    Defendants' Motion for Summary Judgment is GRANTED.

2. Judgment shall be entered DISMISSING this action with prejudice.

The Clerk shall serve copies of this Order and the Judgment herein on Plaintiff at his address of record and on counsel for Defendants.

IT IS SO ORDERED.

DATED: May 5, 2022

OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE