JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL GIRON,<br><br>    Plaintiff,<br><br>    v.<br><br>R.C. JOHNSON, et al.,<br><br>    Defendants. | Case No. CV 20-4665 ODW (PVC)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated: May 5, 2022

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE